[No. 10895-3-III. Division Three. October 22, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE J. MENDOZA-FIGUEROA, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 90-1-00191-2, John E. Bridges, J., entered June 11, 1990. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, J., and Hanson, J. Pro Tem.

[No. 10894-5-III. Division Three. October 22, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS G. MIDDLETON, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 89-1-00162-5, Charles W. Cone, J., entered May 29, 1990. *Affirmed* by unpublished opinion per Munson, J., concurred in by Shields, C.J., and Hanson, J. Pro Tem.

[No. 10362-5-III. Division Three. October 22, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO FAVELA AYALA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-1-01508-6, F. James Gavin, J., entered October 20, 1989. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.